DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
ANTHONY GENE DECOSTA

Chapter 13
Case No. 09-1-1260 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $15.93 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 002 | CHASE HOME FINANCE LLC<br>4375 JUTLAND DRIVE, SUITE 200<br>SAN DIEGO, CA 92117-0933 | $15.93 |

Dated:  August 3, 2011

CECILIA MARCELO
Receipts Administrator